Stuart W. Price, California Bar No. 125918
swprice@bryancave.com
Sean D. Muntz, California Bar No. 223549
sean.muntz@bryancave.com
Roya N. Graziano, California Bar No. 239259
grazianor@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendants
BANK OF AMERICA, N.A. and RECONTRUST
COMPANY, N.A. (erroneously sued as Recontrust Company)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHAN Y. TANG and PAO C. TANG,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a business entity, form unknown; RECONTRUST COMPANY, a business entity, form unknown; and DOES 1 THROUGH 63 INCLUSIVE,<br><br>Defendants. | Case No.  5:11-cv-02048 DOC (DTBx)<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A. TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hon. David O. Carter<br><br>Date:        February 6, 2012<br>Time:        8:30 a.m.<br>Courtroom: 9D |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 6, 2012 at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the above-entitled Court, located at 411 W. Fourth St., #1053, Santa Ana, California 92701, Defendants Bank of America, N.A. and Recontrust Company, N.A. ("Defendants") will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the complaint of Plaintiffs Chan Y. Tang and Pao C. Tang ("Plaintiffs"), on the grounds that the complaint fails to allege sufficient facts to state a claim for relief against Defendants.

This Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the amended complaint and each of its claims for relief fails to state a claim against Defendants upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Request for Judicial Notice, the Complaint and all other pleadings and records on file in this action, and upon such other argument as the Court may consider at the hearing on Defendants' Motion.

Dated: January 3, 2012

Stuart W. Price
Sean D. Muntz
Roya N. Graziano
**BRYAN CAVE LLP**


By: /s/ Roya N. Graziano
　　　Roya N. Graziano
Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
TANG V. BANK OF AMERICA, N.A.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: burta@bryancave.com.

On January 3, 2012, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION BY DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A. TO DISMISS PLAINTIFFS' COMPLAINT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Chan Y. Tang<br>Pao C. Tang<br>7572 Corona Valley Ave<br>Corona, CA 92880 | ***Pro Per Plaintiffs***<br>Phone:   (626) 636-0234<br>Fax:<br>E-mail: |

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[X] **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 3, 2012, at Irvine, California.

*/s/ Ashley J. Burt*
Ashley J. Burt

525930.1

PROOF OF SERVICE