Stuart W. Price, California Bar No. 125918
swprice@bryancave.com
Sean D. Muntz, California Bar No. 223549
sean.muntz@bryancave.com
Roya N. Graziano, California Bar No. 239259
grazianor@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
BANK OF AMERICA, N.A. and RECONTRUST
COMPANY, N.A. (erroneously sued as Recontrust Company)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHAN Y. TANG and PAO C. TANG,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a business entity, form unknown; RECONTRUST COMPANY, a business entity, form unknown; and DOES 1 THROUGH 63 INCLUSIVE,<br><br>Defendants. | Case No. 5:11-cv-02048-DOC (DTBx)<br><br>**NOTICE OF DEFENDANTS' REPLY TO PLAINTIFFS' UNTIMELY OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Hon. David O. Carter<br><br>Date: February 6, 2012<br>Time: 8:30 a.m.<br>Courtroom: 9D |

IR01DOCS528851.1

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Bank of America, N.A. and ReconTrust, N.A. (collectively "Defendants") have not been timely served with an opposition to their motion to dismiss to the complaint of Plaintiffs Chan Y. Tang and Pao C. Tang (collectively "Plaintiffs"). Additionally, Plaintiffs did not timely file their opposition to Defendants' Motion to Dismiss.

Defendants filed their Motion to Dismiss Plaintiffs' Complaint on January 3, 2012. The Motion is scheduled for hearing on February 6, 2012. Plaintiffs were required to file and serve any opposition to the motion not less than 21 days before the date designated for the hearing of the motion. L.R. 7-9. The deadline to file any opposition to the motion was January 13, 2012. Plaintiffs untimely filed an opposition to the motion on January 18, 2012, in violation of L.R. 7-9.

The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. L.R. 7-12. The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion. *Id.*

Defendants have moved for dismissal of the entire complaint with prejudice.

Based on the foregoing, Defendants respectfully request that the Court grant their unopposed motion to dismiss the complaint in its entirety, and dismiss the entire complaint against Defendants with prejudice.

Dated: January 23, 2012

**BRYAN CAVE LLP**
Stuart W. Price
Sean D. Muntz
Roya N. Graziano

By: */s/ Roya N. Graziano*
Roya N. Graziano
Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.
(erroneously sued as Recontrust Company)

IR01DOCS528851.1

1

NOTICE OF DEFENDANT'S REPLY TO
PLAINTIFFS' UNTIMELY OPPOSITION

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
TANG V. BANK OF AMERICA, N.A.

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: burta@bryancave.com.

    On January 23, 2012, I served the following document(s) described as:

**NOTICE OF DEFENDANTS' REPLY TO PLAINTIFFS' UNTIMELY OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Chan Y. Tang<br>Pao C. Tang<br>7572 Corona Valley Ave<br>Corona, CA 92880 | ***Pro Per Plaintiffs***<br>Phone: (626) 636-0234<br>Fax:<br>E-mail: |

    [X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

    [X] **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    [X] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on January 23, 2012, at Irvine, California.

*Ashley J. Burt* (signature)
Ashley J. Burt

525930.1

PROOF OF SERVICE