UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. EDCV 11-2048 DOC (DTBx)                 Date: January 31, 2012

Title: CHAN Y TANG, ET AL. -V- BANK OF AMERICA, N.A., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                           NONE PRESENT

PROCEEDING (IN CHAMBERS):     TAKING MATTER UNDER SUBMISSION

       Before the Court is Defendant Bank of America, N.A. and Reconstrust Company, N.A.'s Motion to Dismiss (Docket 7). The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for **February 6, 2012** at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.