1  Stuart W. Price, California Bar No. 125918
      swprice@bryancave.com
2  Sean D. Muntz, California Bar No. 223549
      sean.muntz@bryancave.com
3  Roya Graziano, California Bar No. 239259
      grazianor@bryancave.com
4  **BRYAN CAVE LLP**
5  3161 Michelson Drive, Suite 1500
   Irvine, California  92612-4414
6  Telephone:  (949) 223-7000
7  Facsimile:   (949) 223-7100

8  Attorneys for Defendants
   BANK OF AMERICA, N.A. and RECONTRUST
9  COMPANY, N.A. (erroneously sued as Recontrust Company)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chan Y. Tang and Pao C. Tang,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Bank of America, N.A. a business entity, form unknown; Recontrust Company., a business entity, form unknown; and Does 1 to 63, inclusive,<br><br>　　　　Defendants. | Case No. 5:11-cv-02048-DOC-DTB<br><br>Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT**<br><br>Removed:　　　　December 27, 2012<br>Complaint filed:　November 11, 2012 |

Plaintiffs Chan Y. Tang and Pao C. Tang and Defendants Bank of America, N.A. and ReconTrust Company, N.A. (erroneously sued as Recontrust Company) ("Defendants") hereby notify the Court that they have settled this matter. Plaintiff will file a notice of voluntary dismissal upon the execution of a final settlement agreement, which is being finalized today.

Dated: April 19, 2012

Stuart W. Price
Sean D. Muntz
Roya N. Graziano
**BRYAN CAVE LLP**

By: */s/Roya N. Graziano*
Roya N. Graziano
Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

IR01DOCS548427.1

1

NOTICE OF SETTLEMENT