JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN Y. TANG, ET AL., )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>BANK OF AMERICA, N.A.,ET AL., )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No. EDCV11-2048-DOC(DTBx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: April 20, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge