Chan Y. Tang and Pao C. Tang
7572 Corona Valley Avenue
Corona, CA 92880
Phone: (626) 636-0240

Plaintiffs in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chan Y. Tang and Pao C. Tang,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America, N.A. a business entity, form unknown; Recontrust Company., a business entity, form unknown; and Does 1 to 63, inclusive,<br><br>Defendants. | Case No. 5:11-cv-02048-DOC-DTB<br><br>Hon. David O. Carter<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Removed:         December 27, 2012<br>Complaint filed: November 11, 2012 |

Bryan Cave LLP
3161 MICHELSON DRIVE, SUITE 1500
Irvine, California 92612-4414

IR01DOCS549213.1

VOLUNTARY DISMISSAL WITH PREJUDICE

1  Plaintiffs Chan Y. Tang and Pao C. Tang and Defendants Bank of America,
2  N.A. and ReconTrust Company, N.A. (erroneously sued as Recontrust Company)
3  ("Defendants") hereby request dismissal of this entire action with prejudice.
4
5  Dated: June 7, 2012
6                                    By: _____
                                          Chan Y. Tang
7                                         Plaintiff in Pro Per
8
9                                    By: _____
10                                        Pao C. Tang
                                          Plaintiff in Pro Per

IR01DOCS549213.1

1

VOLUNTARY DISMISSAL WITH PREJUDICE